IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Aleshea Adams, | : |
| Plaintiff, | : |
| v. | : |
| FMS Investment Corp.; and DOES 1-10, inclusive, | : Civil Action No.: 1:13-cv-01063-JOF-JFK |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: May 24, 2013

        Respectfully submitted,

        /s/ Cara Hergenroether, Esq.
        Georgia Bar No.: 570753
        Attorney for Plaintiff Aleshea Adams
        LEMBERG & ASSOCIATES L.L.C.
        1400 Veterans Memorial Highway
        Suite 134, #150
        Mableton, GA 30126
        Telephone: (855) 301-2100 ext. 5516
        Facsimile:   (888) 953-6237
        Email: chergenroether@lemberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2013, a true and correct copy of the foregoing Notice of Settlement was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

                              /s/ Cara Hergenroether
                              Georgia Bar No. 570753
                              Attorney for Plaintiffs

LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Email: chergenroether@lemberglaw.com

Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424